# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK WILLIAM ROY JR.,

Plaintiff,

v.

ARBORWORKS INC. et al.,

Defendants.

Case No. 1:25-cv-1455-KES-EGC

**ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**

(Doc. 19)

On August 17, 2026, the parties filed a Stipulation of Voluntary Dismissal of Claims Against Defendants Katie Casper, Nathan Wilson, Cybil Hovland and Eric Caldwell, notifying the Court that these Defendants are voluntarily dismissed without prejudice. (Doc. 19).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal **Error! Reference source not found.**prejudice under Rule 41(a), this case has automatically terminated as to **Error! Reference source not found.** Katie Casper, Nathan Wilson, Cybil Hovland, and Eric Caldwell. Fed. R. Civ.

P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to terminate **Error! Reference source not found.**Katie Casper, Nathan Wilson, Cybil Hovland, and Eric Caldwell.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendants.

IT IS SO ORDERED.

Dated: **August 18, 2026**

UNITED STATES MAGISTRATE JUDGE